Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 10-24621 RKM |
|---|---|---|
| ALLEN CLEMONS, | ) | Chapter 7 |
| Debtor. | ) | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 0.04% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 1 | Saddle Ridge Homeowners Assoc.<br>P.O. Box 22248<br>Knoxville, TN 37933-0248 | $0.14 |
| 8 | Jack Haney<br>117 Huxley Rd., Suite C<br>Knoxville, TN 37922 | 0.47 |

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 9 | Lenoir City Utilities Board<br>Maryville Collections Services<br>PO Box 4416<br>Maryville, TN 37802 | 0.47 |
| 11 | BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894-1847 | 0.05 |
| 12 | BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894-1847 | 0.65 |
| 13 | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | 0.25 |
| 14 | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702` | 0.13 |

3. A check in the amount of $2.16 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 6th day of June, 2011.

_____
Gary E. Jubber, Trustee

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

*[signature]*

4821-6564-3529, v. 1